OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed. We agree with the Appellate Division that "[w]here, as here, the policy is ambiguous, and no extrinsic evidence [was] offered from which the jury could conclude that the policy should be interpreted in favor of the insurer, [the direction of] a verdict in favor of the insured [was warranted]”
 
 (Tri Town Antlers Found. v Fireman’s Fund Ins. Co.,
 
 158 AD2d 908,909;
 
 see, Hartford Acc. & Indem. Co. v Wesolowski,
 
 33 NY2d 169, 172;
 
 City of Albany v Standard Acc. Ins. Co.,
 
 7 NY2d 422, 430).
 

 
 *843
 
 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs, in a memorandum.